F-FILED
Tuesday, 26 July, 2005 12:14 AM
Clerk, U.S. District Court, ILCD

FILED
JUL 2 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AO 243 REV 6/82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | CENTRAL ILLINOIS |
|---|---|---|
| Name of Movant HERMAN MOLLISON | Prisoner No. 13099-026 | Docket No. 02-10119-001 |
| Place of Confinement FEDERAL CORECTIONAL INSTITUTION, PEKIN, ILLINOIS 61555-5000 | | 05-124 |

UNITED STATES OF AMERICA       V.    HERMAN MOLLISON

(include name upon which convicted)
(full name of movant)

MOTION

1. Name and location of court which entered the judgment of conviction under attack __UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, PEROIA DIVISION__

2. Date of judgment of conviction __JANUARY 23, 2004__

3. Length of sentence __210 MONTHS__

4. Nature of offense involved (all counts) __POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE (crack) IN VIOLATION OF 21 USC § 841(a)(1) and 841(b)(1)(B).__

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   __N/A__

6. Kind of trial: (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

(2)

9. If you did appeal, answer the following:

   (a) Name of court _____ N/A _____

   (b) Result _____ N/A _____

   (c) Date of result _____ N/A _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐  No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____ N/A _____

        (2) Nature of proceeding _____ N/A _____

        _____

        (3) Grounds raised _____ N/A _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐  No ☐  N/A

        (5) Result _____ N/A _____

        (6) Date of result _____ N/A _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____ N/A _____

        (2) Nature of proceeding _____ N/A _____

        _____

        (3) Grounds raised _____ N/A _____

        _____

        _____

        _____

        _____

(3)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐  N/A

(5) Result _____ N/A

(6) Date of result _____ N/A

(c) As to any third petition, application or motion, give the same information:

(1) Name of court _____ N/A

(2) Nature of proceeding _____ N/A

(3) Grounds raised _____ N/A

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐  N/A

(5) Result _____ N/A

(6) Date of Result _____ N/A

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☐ No ☐
(2) Second petition, etc.   Yes ☐ No ☐   N/A
(3) Third petition, etc.    Yes ☐ No ☐

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____ N/A

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: PETITIONER WAS FACTUALLY INNOCENT OF THE CRIME THAT HE WAS SENTENCED FOR.

Supporting FACTS (tell your story *briefly* without citing cases or law: BASED ON THE LAWS THAT DEFINES THE ENTRAPMENT STATUE I AM FACUALLY INNOCENT OF THE CRIME THAT I WAS SENTENCED FOR IN THAT A GOVERNMENT AGENT APPROACHED ME ON SEVERAL OCCASIONS TO PURCHASE DRUGS FOR HER AND FINALLY INDUCED ME TO MAKE THE PURCHASE(S).

B. Ground two: PETITIONER WAS ENTRAPPED INTO COMMITING THE CRIME THAT HE WAS CONVICTED AND SENTENCED FOR.

Supporting FACTS (tell your story *briefly* without citing cases or law): THE GOVERNMENT EMPLOYED THE PETITIONER'S EX-GIRLFRIEND AS AN AGENT AND SHE USED HER EX ROMANTIC INVOLVEMENT WITH THE PETITIONER TO INDUCE HIM INTO PURCHASING DRUGS FOR HER.

C. Ground three: N/A

Supporting FACTS (tell your story *briefly* without citing cases or law): N/A

D. Ground four: _____ N/A _____

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

N/A

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____ N/A _____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing  Mr. Arthur J. Inman , 416 Main, Suite 927, Commerce Bank Building, Peoria, Illinois 61602 (309) 673-9711

(b) At arraignment and plea _____ SAME AS ABOVE _____

(c) At trial _____ SAME AS ABOVE _____

(d) At sentencing _____ SAME AS ABOVE _____

(e) On appeal _____ NO APPEAL TAKEN _____

(f) In any post-conviction proceeding _____ N/A _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____ N/A _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____
_____ N/A _____

(b) Give date and length of the above sentence: _____ N/A _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____ N/A _____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

6-24-05
(date)

_____ [signature] _____
Signature of Movant

(7)