E-FILED
Tuesday, 26 July, 2005  11:21:55 AM
Clerk, U.S. District Court, ILCD

FILED

JUL 2 6 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )
vs.                             )        Case no. 02-10119-001
                                )
HERMAN MOLLISON,                )
                                )             05-1211
                Defendant.      )

STATE OF ILLINOIS   )
                    )   SS.:
COUNTY OF PEORIA    )

Marva Alexander, being duly sworn depose and says:

I am the affiant in this sworn statement.

I state that my nephew was not a drug dealer and that he moved to Peoria to get his life together. He moved down here with me in December 1999 and started workingthree days later at Superior and from there he went to work at the restaurant. Thats where he met Linda Stenson. She was calling and spending several nights at my house with my nephew. This went on for over a year and until my nephew moved out. He was staying with Ms. Stenson. He even put her light bill in his name. Then my nephew started seeing other women and ,I guess,that Linda could not stand it but they was both stilling seeing each other from time to time.The day they were supposed to go out to eat.She called my house asking was my nephew here and she knew that I would call him at his girl friends house and tell him that she called.So I did and told him! He must have called her back and thought they was going out to eat! I really think it's wrong the way she done my nephew.

1

I declare under the penalty of perjury that the foregoing
is true and correct

_Marva C. Alexander_
MARVA ALEXANDER
AFFIANT


Subscribed and sworn to before me this /5 day of june, 2005.

_Louise I. Stubbs_
NOTARY PUBLIC

**"OFFICIAL SEAL"**
**LOUISE I STUBBS**
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 04/01/08

2