CLOSED

# U.S. District Court
## Central District of Illinois (Peoria)
### CRIMINAL DOCKET FOR CASE #: 1:02-cr-10119-JBM-ALL
### Internal Use Only

Case title: USA v. Mollison　　　　　　　　　　Date Filed: 11/22/2002

Assigned to: Chief Judge Joe Billy McDade

**Defendant**

**Herman Mollison** (1)　　　　　represented by　**Arthur J Inman**
*TERMINATED: 05/05/2004*　　　　　　　　　　　Suite 1302
　　　　　　　　　　　　　　　　　　　　　　　　411 Hamilton Blvd
　　　　　　　　　　　　　　　　　　　　　　　　Peoria, IL 61602
　　　　　　　　　　　　　　　　　　　　　　　　309-673-9711
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 309-673-9720
　　　　　　　　　　　　　　　　　　　　　　　　Email: ainman@mtco.com
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　Designation: CJA Appointment

　　　　　　　　　　　　　　　　　　　　　　　　**Robert Andre Alvarado**
　　　　　　　　　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER
　　　　　　　　　　　　　　　　　　　　　　　　Suite 1500
　　　　　　　　　　　　　　　　　　　　　　　　401 Main St
　　　　　　　　　　　　　　　　　　　　　　　　Peoria, IL 61602
　　　　　　　　　　　　　　　　　　　　　　　　309-671-7891
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 309-671-7898
　　　　　　　　　　　　　　　　　　　　　　　　Email: Robert_Alvarado@fd.org
　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 01/23/2003*
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　Designation: Public Defender or
　　　　　　　　　　　　　　　　　　　　　　　　Community Defender Appointment

**Pending Counts**　　　　　　　　　　　　　　　**Disposition**

21:841A=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE - On or
about 5/30/02 (Ct 1), 6/5/02 (Ct 2) and
7/15/02 (Ct 3), Dft did knowingly　　　　　　　　Dft committed to the custody of the
distribute a mixture and substance　　　　　　　　BOP for 210 months; upon release, Dft
containing cocaine (Ct 1), cocaine base　　　　　　placed on supervised release for 8 years
(crack) (Ct 2) and more than 5 grams of　　　　　　with special conditions; no fine; $100

cocaine base (crack) (Ct 3) in violation of 21 USC 841(a)(1), 841(b)(1)(C) (Ct 1 & 2) and 841(a)(1) and 841(b)(1)(B) (Ct 3)
(3)

special assessment.

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE - On or about 5/30/02 (Ct 1), 6/5/02 (Ct 2) and 7/15/02 (Ct 3), Dft did knowingly distribute a mixture and substance containing cocaine (Ct 1), cocaine base (crack) (Ct 2) and more than 5 grams of cocaine base (crack) (Ct 3) in violation of 21 USC 841(a)(1), 841(b)(1)(C) (Ct 1 & 2) and 841(a)(1) and 841(b)(1)(B) (Ct 3) (1-2) | Counts 1 & 2 dismissed on motion of the Govt |

### Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

### Plaintiff

USA　　represented by　**K Tate Chambers**
US ATTY
One Technology Plaza
Suite 400
211 Fulton St
Peoria, IL 61602
309-671-7050
Fax: 309-671-7259
Email: tate.chambers@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/22/2002 | 1 | SEALED INDICTMENT by USA K Tate Chambers. Counts filed |

| | | |
|---|---|---|
| | | against Herman Mollison (1) count(s) 1-3 (SH, ilcd) (Entered: 11/25/2002) |
| 11/22/2002 | 2 | ARREST Warrant issued for Herman Mollison by Chief Judge Joe B. McDade (SH, ilcd) (Entered: 11/25/2002) |
| 01/22/2003 | | INDICTMENT UNSEALED as to Herman Mollison (S, ilcd) (Entered: 01/23/2003) |
| 01/22/2003 | | MINUTES: before Mag. Judge John A. Gorman. Parties present in open court by AUSA Walters/AFPD Alvarado with Dft Herman Mollison for initial appearance/arraignment of Herman Mollison. Dft questioned as to financial status to hire counsel. Dft found indigent and FPD appointed. AFPD Alvarado present and Dft acknowledges receipt of copy of Indictment and waives having same read in open court. Court advises Dft of consequences if found guilty. Dft Herman Mollison arraigned; NOT GUILTY plea entered. Hearing on pending motions/ pretrial conference set Thurs., 2/27/03 at 9:15 AM and jury trial set Mon., 3/24/03 at 9:00 AM (both in person in Peoria before Chief Judge Joe B McDade). Scheduling Order entered. Govt reecommends detention. Detention hearing set Thurs., 1/23/03 at 11:15 AM. Dft remanded to custody of the US Marshal. Order of detention pending hearing entered. Section 4 to counsel. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 01/23/2003) |
| 01/22/2003 | 3 | CJA Form 23 (Financial Affidavit) as to Herman Mollison (SH, ilcd) (Entered: 01/23/2003) |
| 01/22/2003 | 4 | ORDER of Temporary Detention of Herman Mollison pending hearing by Mag. Judge John A. Gorman (cc: all counsel). (SH, ilcd) (Entered: 01/23/2003) |
| 01/22/2003 | 5 | SCHEDULING ORDER by Mag. Judge John A. Gorman (cc: all counsel) (SH, ilcd) (Entered: 01/23/2003) |
| 01/22/2003 | | Docket Modification (Utility Event) XM stopped as Dft appeared in open court for initial appearance with counsel (S, ilcd) (Entered: 02/26/2003) |
| 01/23/2003 | 6 | MOTION to withdraw defendant's counsel by Herman Mollison (KB, ilcd) (Entered: 01/23/2003) |
| 01/23/2003 | | MINUTES: before Mag. Judge John A. Gorman. Parties present in open court by AUSA Chambers, FPD Alvarado, CJA Art Inman with dft Herman Mollison for detention hearing at 11:15 on Thurs, 1/23/03. Discussion held re: FPD has conflict with representing dft. Dft agrees to court appointing new counsel. Court grants motion to withdraw defendant's counsel [6-1]. Court appoints Atty Arthur J Inman. Govt requests detention. Dft waives detention hearing at this time. Order of detention entered. Dft remanded to custody of USM. (cc: all counsel/Prob/USM Peo) (KB, ilcd) (Entered: 01/23/2003) |
| 01/23/2003 | 7 | ORDER of Detention of Herman Mollison pending trial by Mag. Judge John A. Gorman (cc: all counsel). (KB, ilcd) (Entered: 01/23/2003) |

| | | |
|---|---|---|
| 01/23/2003 | 8 | CJA Form 20 Copy 4 (Appointment of Counsel) appointing Arthur Inman (KB, ilcd) (Entered: 01/23/2003) |
| 02/27/2003 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Murphy for Walters/Dft Herman Mollison/Atty Inman not available for pretrial conference on 2/27/03. Same not held. Pretrial conference reset to Fri., 2/28/03 at 3:00 PM (in person in Peoria). (cc: all counsel/US Mar/Prob/Crt Rptr - all notified by phone by court) (SH, ilcd) (Entered: 02/27/2003) |
| 02/28/2003 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Walters/Atty Inman with Dft Herman Mollison for pretrial conference on 2/28/03 . Same not held. Oral motion by Dft to continue jury trial - allowed. Jury trial previouisly set 3/24/03 is VACATED and jury trial reset to Mon., 5/12/03 at 9:00 AM. Supplemental final pretrial conference set Thurs., 5/1/03 at 10:15 AM . Court finds time from today to 5/12/03 is EXCLUDABLE pursuant to the Speedy Trial Act. Dft remanded to custody of the US Marshal. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 02/28/2003) |
| 04/30/2003 | 9 | PRIOR offense information by USA as to defendant Herman Mollison (SH, ilcd) (Entered: 04/30/2003) |
| 05/01/2003 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Walters/Atty Inman with Dft Herman Mollison for pretrial conference on 5/1/03 . Oral motion by parties to continue jury trial. Same allowed. Jury trial previously set 5/12/03 is vacated and jury trial reset to Mon., 8/4/03 at 9:00 am . Supplemental final pretrial conference set Thurs., 7/17/03 at 10:00 am. Court finds time from today to 8/4/03 is EXCLUDABLE pursuant to the Speedy Trial Act. Dft remanded to custody of the US Marshal. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 05/01/2003) |
| 05/30/2003 | | MINUTES: before Chief Judge Joe B. McDade. Hearing on pending motions/pretrial conference previously set 7/17/03 is VACATED and pretrial conference reset to Tues., 7/15/03 at 10:30 am (in person in Peoria). (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 05/30/2003) |
| 07/14/2003 | 10 | LETTER to Court from Marva Alexander in support of Dft (SH, ilcd) (Entered: 07/14/2003) |
| 07/14/2003 | | MINUTES: before Chief Judge Joe B. McDade. Hearing on pending motions/ pretrial conference reset to Tues., 7/15/03 at 3:30 pm (NOTE: Change in TIME only) (cc: all counsel/US Mar/Prob/Crt Rptr) (NOTE: Parties notified by Court on 7/14/03) (SH, ilcd) (Entered: 07/15/2003) |
| 07/15/2003 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Walters/Atty Inman with Dft Herman Mollison for pretrial conference on 7/15/03 . Same not held. Dft makes oral motion to continue for possible change of plea. Change of plea set Fri., 9/26/03 at 3:00 pm . Jury trial set 8/4/03 is VACATED . Court finds time from today to 9/26/03 is EXCLUDABLE pursuant to the Speedy Trial Act. |

| | | |
|---|---|---|
| | | (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 07/16/2003) |
| 09/26/2003 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Walters/Atty Inman with Dft Herman Mollison for change of plea on 9/26/03 . Written Plea Agreement filed. Dft sworn and answers questions presented by the Court and Court finds Dft competent to proceed. Court advises Dft of consequences if found guilty and of constitutional right to to a jury trial. Statement by Dft regarding what occurred. AUSA makes factual basis. Court permits Dft to withdraw plea of not guilty and Herman Mollison enters guilty plea to Count 3. Court accepts plea and judgment of conviction entered. Court neither accepts nor rejects plea agreement and matter referred to USPO for presentence report. Decision on Agreement/Possible Sentencing hearing set Fri., 1/23/04 at 9:15 am . Order on Implementation of Guidelines entered. Dft remanded to custody of the US Marshal. (cc: all counsel/US Mar/Prob/Crt Rptr/Finance) (SH, ilcd) (Entered: 09/29/2003) |
| 09/26/2003 | 11 | Cooperation PLEA Agreement and Stipulation of Facts as to Herman Mollison (SH, ilcd) (Entered: 09/29/2003) |
| 09/26/2003 | 12 | ORDER on Implementation of Sentencing Guideline by Chief Judge Joe B. McDade as to Dft Herman Mollison. (cc: all counsel) (SH, ilcd) (Entered: 09/29/2003) |
| 01/23/2004 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Walters/Atty Inman with Dft Herman Mollison for sentencing hearing on 1/23/04 . Presentence report received by both parties and is discussed. No objections. Court adopts factual findings of PSR. In camera hearing held. Govt moves for departure pursuant to 5K1.1 - same allowed. Dft makes no statement in his own behalf. SENTENCING Herman Mollison (1) count(s) 3. Dft committed to the custody of the BOP for 210 months; upon release, Dft placed on supervised release for 8 years with special conditions; no fine; $100 special assessment. DISMISSING counts as to Herman Mollison (1) count(s) 1-2. Counts 1 & 2 dismissed on motion of the Govt . Dft waived right to appeal. Dft remanded to custody of the US Marshal. Case terminated. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 01/23/2004) |
| 01/23/2004 | 13 | PRESENTENCE Report on Herman Mollison ( original sealed ) (SH, ilcd) (Entered: 01/23/2004) |
| 01/23/2004 | 14 | SENTENCING recommendation (original sealed) as to defendant Herman Mollison (SH, ilcd) (Entered: 01/23/2004) |
| 01/26/2004 | 15 | JUDGMENT and Commitment Order as to defendant Herman Mollison by Chief Judge Joe B. McDade (SH, ilcd) (Entered: 01/27/2004) |
| 05/05/2004 | 16 | RECEIPT from USPO for Presentence Report #13, Sentencing Report #14 and SOR #15 as to defendant Herman Mollison (RK, ilcd) (Entered: 05/07/2004) |
| 07/26/2005 | | Remark: Motion to Vacate/Set Aside/Correct Sentence (2255) has been |

| | | filed. See Civil Action No. 05-1211. (RK, ilcd) (Entered: 07/26/2005) |



**SEALED**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**AT PEORIA**

FILED
NOV 2 2 2002
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 02-10119 |
| ) | |
| HERMAN MOLLISON, ) | VIO: 21 U.S.C. §§841(a)(1), 841(b)(1)(B), |
| ) | 841(b)(1)(C) |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about May 30, 2002, in Peoria County, within the Central District of Illinois,

**HERMAN MOLLISON,**

the defendant herein, did knowingly distribute a mixture and substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

### Count 2

On or about June 5, 2002, in Peoria County, within the Central District of Illinois,

**HERMAN MOLLISON,**

the defendant herein, did knowingly distribute a mixture and substance containing cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**Count 3**

On or about July 15, 2002, in Peoria County, within the Central District of Illinois, **HERMAN MOLLISON**, the defendant herein, did knowingly distribute more than five (5) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

A True Bill,

s/Foreperson
_____
**Foreperson**

s/Jan Paul Miller
_____
**JAN PAUL MILLER**
**UNITED STATES ATTORNEY**

KTC/ksr



AO 245B8 (Rev. 8/01) Judgment in a Criminal Case (CDIL)
Sheet 1

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

FILED JAN 2 6 2004

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| **Herman Mollison** | Case Number: **02-10119-001** |
| | Arthur J. Inman |
| | Defendant's Attorney |

**THE DEFENDANT:**

[x] pleaded guilty to count(s)  3

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC § 841(a)(1) and 841(b)(1)(B) | Possession with Intent to Distribute Cocaine Base (crack) | 1/22/03 | 3 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[x] Count(s) 1 and 2  [ ] is  [x] are  dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's USM No.: _____

Defendant's Residence Address:

In custody: Mason County Jail

102 West Market Street

Havana, IL 62644

Defendant's Mailing Address:

Last Known Address:

January 23, 2004
Date of Imposition of Judgment

S/Joe B. McDade
Signature of Judicial Officer

Joe B. McDade
Chief U. S. District Judge
Name and Title of Judicial Officer

Jan. 26, 2004
Date

AO 245B  (Rev. 8/01) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: Herman Mollison
CASE NUMBER: 02-10119-001

Judgment — Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 210 months.

[x] The court makes the following recommendations to the Bureau of Prisons:

It is recommended that the defendant serve his sentence in a facility that: (1) is the least restrictive security facility available and as close to his family in Peoria, Illinois, as possible; (2) will allow him to participate in the Comprehensive Drug Treatment Program, and; (3) will maximize his exposure to educational and vocational opportunities.

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

  [ ] at _____ [ ] a.m. [ ] p.m. on _____.

  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  [ ] before on _____.

  [ ] as notified by the United States Marshal.

  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment—Page 3 of 6

DEFENDANT: Herman Mollison
CASE NUMBER: 02-10119-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 8 years.

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 8/01) Judgment in a Criminal Case
Sheet 3A — Supervised Release

DEFENDANT: Herman Mollison
CASE NUMBER: 02-10119-001

Judgment—Page 4 of 6

## SPECIAL CONDITIONS OF SUPERVISION

1. You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall at the direction of the probation office, participate in a program for substance abuse treatment including testing to determine whether you have used controlled substances and/or alcohol. You shall pay for these services as directed by the probation officer.  2. You shall not own, purchase, or possess a firearm, ammunition, or other dangerous weapon.

AO 245B (Rev. 8/01) Judgment in a Criminal Case
Sheet 4 — Criminal Monetary Penalties

Judgment — Page 5 of 6

DEFENDANT: Herman Mollison
CASE NUMBER: 02-10119-001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $100.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
|  |  |  |  |
| TOTALS | $ | $ |  |

☐ If applicable, restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the ☐ fine and/or ☐ restitution.

☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
           Sheet 4A — Criminal Monetary Penalties

|  |  |
|---|---|
| DEFENDANT: Herman Mollison | Judgment — Page 6 of 6 |
| CASE NUMBER: 02-10119-001 | |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  [x] Lump sum payment of $ 100.00 due immediately, balance due

   [ ] not later than _____ , or
   [ ] in accordance with  [ ] C,  [ ] D, or  [ ] E below; or

B  [ ] Payment to begin immediately (may be combined with  [ ] C,  [ ] D, or  [ ] E below); or

C  [ ] Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  [ ] Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

   Defendant Name, Case Number, and Joint and Several Amount:

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.