AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Herman Mollison**

vs.                                                        Case Number:   **05-1211**

**United States of America**

    **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Judgment is entered denying Petitioner's Writ of Habeas Corpus Pursuant to 28 USC Section 2255.

ENTER this 28th day of July, 2005

s/John M. Waters  
JOHN M. WATERS, CLERK

s/R. Knox  
_____  
BY:  DEPUTY CLERK